| Party or Attorney Name, Address, Telephone, Fax an Email | FOR COURT USE ONLY |
|---|---|
| Teresa Jean Moore<br>Robert Garvin Moore<br>8685 Queens Brook Court<br>Las Vegas, Nevada 89129<br>Tel: 818-206-1146<br>Fax 818-647-1186<br>Net: teresa_j_moore@yahoo.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for | RECEIVED & FILED<br><br>14 OCT 31 P1 :41<br><br>U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

**Teresa Jean Moore**
**Robert Garvin Moore**

Debtor(s).

Teresa Jean Moore and Robert Garvin Moore

Plaintiff(s),

vs.

John R. Gschwend; Barry L. Goldner; Kurt Van Sciver; Ryan A. Andersen; OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2006-3

Defendant.

CASE NO: **14-13791-ABL**
CHAPTER: **11**
ADVERSARY: **14-01158-ABL**

## NOTICE OF THE VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING OR AN ADVERSARY PARTY UNDER FRBP 7041

The Plaintiff filed a complaint on the date: 10/17/2014     and none of the claims involve the 11 U.S.C. § 727:

☑ No response has been filed with the court or served on the plaintiff; or

☐ The parties filed a stipulation to dismiss the adversary proceeding on (date) _____; or

☐ The parties orally stipulated to dismiss on the record of the court on (date) _____; or

☑ The Plaintiff voluntarilly dismisses the Defendant: Ryan A. Andersen

Notice is given that the above-entitled contested matter [docket entry # ____ ] is dismissed pursuant to FRBP 7041(a).

Date: 10/24/2014

Teresa Jean Moore    *[signature: Teresa J. Moore]*
Plaintiff or attorney name and signature

Page 1

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3940 Laurel Canyon Blvd, Suite 999, Studio City, California 91604

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING OR AN ADVERSARY PARTY UNDER FRBP 7041** will be served or was served in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 10/27/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/27/2014 | Sherri Parkinson | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

| | |
|---|---|
| **Ryan A. Andersen**<br>415 South 6th Street, Suite 203B<br>Las Vegas, Nevada 89101 | |
| **John Gschwend**<br>PO Box 757<br>Pearl City, HI 96782 | |
| **Kurt Van Sciver**<br>4550 California Ave., 2nd Floor<br>Bakersfield, California 93314 | |
| **Barry L. Goldner**<br>4550 California Ave., 2nd Floor<br>Bakersfield, California 93314 | |
| **OCWEN LOAN SERVICING LLC**<br>Ronald M. Faris, C.E.O.<br>1661 Worthington Rd, Ste 100<br>West Palm Beach, FL 33409 | |
| **DEUTSCHE BANK NATIONAL TRUST CO.**<br>as Indenture Trustee For AHMIT 2006-3<br>Darren Fulco, C.E.O.<br>1761 East Saint Andrew Place<br>Santa Ana, CA 92705 | |