_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 20, 2014

**ANDERSEN LAW FIRM, LTD.**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
Email: *randersen@andersenlawlv.com*
Phone: 702-522-1992
Fax:    702-825-2824

*Attorneys for Defendant John Gschwend*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>TERESA JEAN MOORE and ROBERT GARVIN MOORE,<br><br>        Debtors. | Case No.: 14-13791-ABL<br>Chapter 11 |
| TERESA JEAN MOORE and ROBERT GARVIN MOORE,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN R. GSCHWEND; BARRY L. GOLDNER; KURT VAN SCIVER; RYAN A. ANDERSEN; OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for American Home Mortgage Investment Trust 2006-3; DOES 1-10,<br><br>        Defendants. | Adversary Proceeding No.: 14-01158-ABL<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

On November 18, 2014, John R. Gschwend ("Defendant") filed a *Stipulation Extending Time to Answer or Otherwise Respond to Complaint* (the "Stipulation"), to which Defendant, on the one hand, and Teresa Jean Moore and Robert Garvin Moore ("Plaintiffs"), on the other hand, are parties. Pursuant to the Stipulation, Plaintiffs and Defendant have stipulated to an extension of time for Defendant to answer or otherwise respond to the complaint filed by Plaintiffs in the above-captioned adversary proceeding and have requested entry of an order approving the same.

The Court has reviewed the Stipulation and finds that the relief requested therein is appropriate under the circumstances.

**NOW THEREFORE**, good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**;

**IT IS FURTHER ORDERED** that the deadline for Defendant John R. Gschwend to answer or otherwise respond to Plaintiff's complaint is hereby **EXTENDED** and Defendant John R. Gschwend shall have until December 17, 2014, to answer or otherwise respond; and

**IT IS FURTHER ORDERED** that the Court will retain exclusive jurisdiction over the subject matter of this Stipulation in order to resolve any dispute in connection with the rights and duties specified herein.

Respectfully submitted by:

**ANDERSEN LAW FIRM, LTD.**

By: <u>Ryan A. Andersen</u>
Ryan A. Andersen
Nevada Bar No. 12321
415 South 6th Street, Suite 203B
Las Vegas, Nevada 89101
*Attorneys for Defendant John Gschwend*

Approved by:

<u>/s/ Teresa Jean Moore</u>
Teresa Jean Moore
*Plaintiff, in Proper Person*

Approved by:

<u>/s/ Robert Gavin Moore</u>
Robert Gavin Moore
*Plaintiff, in Proper Person*